**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Luis GUTIERREZ–CASAS, Defendant–Appellant.**

**No. 07–11818 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 16, 2008.

Howard C. Anderson, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Juan Luis Gutierrez–Casas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gutierrez–Casas's conviction and sentence are **AFFIRMED.**